UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUBEN GALVAN,<br>   Plaintiff | §<br>§<br>§ | |
| v. | § | C.A. No. C-07-119 |
| | § | |
| CITY OF CORPUS CHRISTI, TEXAS,<br>ET AL.,<br>   Defendants | §<br>§<br>§<br>§ | |

### ORDER GRANTING MOTION TO LIMIT DISCOVERY

On May 30, 2007, the Court held an Initial Pretrial Conference and heard the individual defendant officers' Motion to Limit Discovery Pending Determination of Qualified Immunity (D.E. 13). Defendants' motion is GRANTED.

All discovery regarding the issue of qualified immunity shall be concluded by August 15, 2007. The parties shall take the depositions of the plaintiffs, the named individual officer defendants and any neutral fact witnesses. The parties shall submit to the Court by Friday, June 1, 2007, a list detailing the persons to be deposed and the dates, times and locations for the depositions. All other ~~discovery~~ deadlines in the parties' case management plan (D.E. 11) are suspended. The parties will reconvene at a status conference, which has been set for August 22, 2007, at 9:00 am.

    ORDERED this __1__ day of ____June____, 2007.

                                                          HAYDEN HEAD
                                                          CHIEF JUDGE